IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHADIJA REGENE COMEGAR, *ET AL.*** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| v. | : | No. 20-cv-5328 |
| **CITY OF CHESTER, ET AL.** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 26th day of October, 2022, upon consideration of Plaintiffs' Second Amended Complaint (ECF No. 33), Defendant City of Chester's Motion to Dismiss (ECF No. 34) and Plaintiffs' response in opposition (ECF No. 37), and for the reasons outlined in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion (ECF No. 34) is **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to mark this action **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**